JASON TAUCHES, NO. 273570
LAW OFFICE OF JASON TAUCHES
445 Orchard St, Suite 205
Santa Rosa, California 95404
Telephone: (707) 939-5448
Fax: (707) 521-0108

Attorney for Defendant
DRONE AVIATION HOLDING CORPORATION

WILLIAM J. FRIMEL (Bar No. 160287)
SEUBERT FRENCH FRIMEL & WARNER LLP
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650.322.3048

Attorneys for Plaintiff
LA JOLLA COVE INVESTORS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA COVE INVESTORS, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SURVEILLANCE GROUP, INC., a Delaware Corporation; DRONE AVIATION HOLDING CORPORATION., a Nevada Corporation<br><br>Defendants | CASE NO.: CV-15-3788 LB<br><br>**STIPULATION TO EXTEND TIME FOR DRONE AVIATION HOLDING CORPORATION TO FILE AN ANSWER**<br>**STIPULATION AND ORDER**<br><br>Courtroom: C, 15th Floor<br>Magistrate Judge Laurel Beeler |

**Stipulation to Extend Time For Drone Aviation Holding Corporation to Answer**
*LA JOLLA COVE INVESTORS, INC. v. WORLD SURVEILLANCE GROUP, INC. et al.* **(CV-15-3788 LB)**

1

Pursuant to Local Rule 6-2, the parties hereby stipulate to an extension of time until October 6, 2015 for Drone Aviation Holding Corporation to file an answer to the complaint. The parties further stipulate that no response to the complaint other than an answer will be filed by Drone Aviation Holding Corporation.

**RECITALS**

1. On September 21, 2015, Counsel for defendant Drone Aviation Holding Corporation and Counsel for Plaintiff, La Jolla Cove Investors, Inc., discussed the 21 day requirement to answer the summons and complaint served on Drone Aviation Holding Corporation on August 28, 2015.

2. Counsel for Plaintiff agreed to allow Drone Aviation Holding Corporation to file an answer to the complaint by October 6, 2015, provided that the responsive pleading to the Complaint was an answer and no other pleading.

3. Accordingly, the parties have stipulated and agreed to, and seek the Court's approval of, a revised deadline by which Drone Aviation Holding Corporation can file an answer to the complaint. The answer will now be due by October 6, 2015.

4. The parties have also stipulated and agreed that no response to the complaint other than an answer will be filed by Drone Aviation Holding Corporation.

5. The parties agree that the Case Management Statement due date can remain as set for November 12, 2015 and the Case Management Conference date can remain as set for November 19, 2015. A proposed order is attached.

**Stipulation to Extend Time For Drone Aviation Holding Corporation to Answer**
*LA JOLLA COVE INVESTORS, INC. v. WORLD SURVEILLANCE GROUP, INC. et al.* **(CV-15-3788 LB)**

2

## STIPULATION

Pursuant to Local Rule 6-2, the parties hereby stipulate that: The deadline for Drone Aviation Holding Corporation to file an answer to the complaint is October 6, 2015. The parties further stipulate that no response to the complaint other than an answer will be filed by Drone Aviation Holding Corporation. The Case Management Statement due date can remain as set for November 12, 2015 and the Case Management Conference date can remain as set for November 19, 2015.

Dated: September 24, 2015      LAW OFFICE OF JASON TAUCHES

By: _____
JASON E. TAUCHES
Attorney for Defendant
DRONE AVIATION CORPORATION


Dated: September 24, 2015      SEUBERT FRENCH FRIMEL & WARNER LLP


By:   /s/ William J. Frimel
WILLIAM J. FRIMEL
Attorneys for Plaintiff
LA JOLLA COVE INVESTORS, INC.

**Stipulation to Extend Time For Drone Aviation Holding Corporation to Answer**
*LA JOLLA COVE INVESTORS, INC. v. WORLD SURVEILLANCE GROUP, INC. et al.* **(CV-15-3788 LB)**

3

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation to extend time to file an answer to the complaint and good cause appearing, it is hereby ORDERED that:

The deadline for Drone Aviation Holding Corporation to file an answer to the complaint is October 6, 2015. No response to the complaint other than an answer will be filed by Drone Aviation Holding Corporation. The Case Management Statement due date remains as set for November 12, 2015 and the Case Management Conference date remains as set for November 19, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____

The Honorable Laurel Beeler

United States Magistrate Judge

**Stipulation to Extend Time For Drone Aviation Holding Corporation to Answer**
*LA JOLLA COVE INVESTORS, INC. v. WORLD SURVEILLANCE GROUP, INC. et al.* **(CV-15-3788 LB)**

4